# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

163084-5 & (66)(67)(68)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

HORACE SHEFFIELD, III, and RODRICK
HARBIN,
   Plaintiffs-Appellees,

v

DETROIT CITY CLERK and DETROIT
ELECTION COMMISSION,
   Defendants,

and

DETROIT CHARTER REVISION
COMMISSION,
   Intervening Defendant-
   Appellant.

SC:  163084
COA:  357298
Wayne CC:  21-006043-AW

_____/

ALLEN A. LEWIS and INGRID D. WHITE,
   Plaintiffs-Appellees,

v

DETROIT CITY CLERK and DETROIT
ELECTION COMMISSION,
   Defendants,

and

DETROIT CHARTER REVISION
COMMISSION,
   Intervening Defendant-
   Appellant.

SC:  163085
COA:  357299
Wayne CC:  21-006040-AW

_____/

   By order of June 4, 2021, this Court granted immediate consideration and a stay of the May 26, 2021 opinion and order of the Wayne Circuit Court granting mandamus.  On order of the Court, the motion to expedite and motion for immediate consideration are GRANTED.  The application for leave to appeal the June 3, 2021 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on the application for July 7, 2021, at 9:30 a.m.  MCR 7.305(H)(1).

The parties may file supplemental briefs by 5:00 p.m. on July 1, 2021. At oral argument, and in any supplemental briefs, the parties shall address: (1) whether a proposed revision of a city charter can be submitted to the voters without the Governor's approval of the revision, see MCL 117.22; and (2) the relevance, if any, of the amendment history of MCL 117.22, see, in particular, 1909 PA 279 and 1913 PA 5. In supplemental briefs, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1).

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae. Briefs amicus curiae shall be filed by 5:00 p.m. on July 1, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021

b0623



Clerk